AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

HUNTER RESIDENTIAL SERVICES, LLC,

Plaintiff(s)

v.

AAA RANDPRO PLUMBING, INC.,

Defendant(s)

Civil Action No. 8:16 cv 1311 T36 TGW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AAA RAND PRO PLUMBING, INC.
c/o Randy Grimsley as Owner
112 Karen Drive
Mount Juliet, TN 37122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mindi M. Richter, Esquire
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 25 2016

*Signature of Clerk or Deputy Clerk*